CLERK'S Cert of Transmittal and of t/following docus:
1. Complaint for Divorce filed 12/23/86
2. Summons filed 12/23/86
3. Affidavit in Support of Order to Show Cause filed 12/23/86
4. Ex Parte Motion, Memorandum of Points and Authorities in Support of Order to Show Cause, and Attorney's Certificate filed 12/23/86
5. Superior Court of Guam, Official Field Receipt dated 12/23/86
6. Order to Show Cause in Re Temporary Support and Restraining Orders filed 12/23/86
7. Affidavit in Opposition to Order to Show Cause in Re Temporary Support and Restraining Orders filed 12/29/86
8. Recording Log dated 12/30/86
9. Affidavit of Service filed 1/2/87
10. Answer filed 1/15/87
11. Proof of Service filed 1/20/87
12. Divorce and Property Settlement Agreement filed 1/28/87
13. Ex Parte Motion for Entry of Final Judgment of Divorce filed 1/29/87
14. Interlocutory Judgment of Divorce filed 1/30/87
15. Final Decree of Divorce filed 1/30/87
16. Ex Parte Motion for Order to Show Cause Re: Restraining Orders and Transfer of Custody filed 2/11/87
17. Defendant's Affidavit in Support of Order to Show Cause and Transfer of Custody Pendente Lite filed 2/11/87
18. Certificate of Counsel filed 2/11/87
19. Order to Show Cause in Re Restraining Orders and Transfer of Custody filed 2/11/87
20. Amended Order to Show Cause in Re Restraining Orders and Transfer of Custody filed 2/12/87
21. Substitution of Attorneys filed 2/13/87
22. Affidavit of Service filed 2/19/87
23. Affidavit of Service filed 2/19/87
24. Proof of Service filed 2/19/87
25. Recording Log dated 2/20/87
26. Notice and Motion to Modify Custody and Acquire Family Support filed 3/3/87
27. Defendant's Affidavit in Support of Defendant's Motion to Modify Custody and Acquire Family Support filed 3/3/87
28. Notice to Take Deposition filed 3/5/87
29. Notice to Take Deposition filed 3/12/87
30. Recording Log dated 3/13/87
31. Stipulation and Order filed 3/17/87
32. Recording Log dated 3/27/87
33. Order filed 8/10/87
34. Withdrawal Receipt dated 4/15/87
35. Amended Order filed 5/5/87
36. Speed Memo dated 5/8/87
37. Withdrawal Receipt filed 5/8/87
38. Affidavit in Support of Order to Show Cause in Re Contempt filed 5/12/87
39. Affidavit in Support of Order to Show Cause in Re Contempt filed 5/12/87
40. Order to Show Cause in Re Contempt filed 5/13/87
41. ExParte Motion for an Order to Show Cause filed 5/12/87
42. Affidavit filed 5/15/87

43. Memorandum of Points and Authorities filed 5/15/87
44. Order filed 5/15/87
45. Proof of Service filed 5/18/87
46. Order to Show Cause filed 5/20/87
47. Affidavit of Service filed 5/20/87
48. Recording Log dated 5/21/87
49. Proof of Service filed 5/21/87
50. Recording Log dated 5/22/87
51. Order to Show Cause filed 5/22/87
52. Affidavit filed 5/22/87
53. Memorandum of Points and Authorities filed 5/22/87
54. Letter to F.J. Horecky dated 5/27/87
55. Affidavit of Service filed 5/27/87
56. Recording Log dated 5/28/87
57. Memorandum of Points and Authorities filed 6/4/87
58. Order to Show Cause filed 6/4/87
59. Recording Log dated 6/4/87
60. Letter to Judge Weeks dated 6/2/87
61. Stipulation and Order filed 6/5/87
62. Recording Log dated 6/10/87
63. Notice to Take Deposition filed 6/29/87
64. Amended Notice to Take Deposition filed 7/2/87
65. Notice of Hearing filed 7/24/87
66. Affidavit of Service/Non-Service filed 7/29/87
67. Recording Log dated 7/29/87
68. Recording Log dated 8/17/87
69. Stipulation and Order filed 9/14/87
70. Proof of Service filed 9/18/87
71. Voucher for Compensation of Court-Appointed Counsed dated 9/23/87
72. Letter to Clerk of Court dated 4/20/89
73. Affidavit of Yvonne Tash Cruz filed 5/26/89
74. Notice and Motion to Modify Custody and Acquire Family Support filed 5/30/89
75. Declaration of Service filed 6/6/89
76. Recording Log dated 6/12/89
77. Order filed 6/22/89
78. Speed Memo to Public Defender dated 6/22/89
79. Speed Memo to David J. Lujan dated 6/22/89
80. Affidavit of Service/Non-Service filed 6/27/89
81. Discharge of Attorney by Party with Substition of Attorney filed 9/20/89
82. Memorandum of Points and Authorities in support of Defendant's Motion filed 9/26/89
83. Affidavit in Support of Motion to Terminate Guardianship and to Order Stipulation and
    Order Enforced & for Attorney Fees filed 9/26/89
84. Motion to Terminate Guardiahship, to Order Stipulation and Order Enforced and for
    Attorney Fees filed 9/26/89
85. Declaration of Mailing filed 9/28/89
86. Recording Log dated 11/2/89
87. Order filed 12/1/89
88. Declaration of Mailing filed 12/5/89
89. Ex Parte Motion for Order Authorization Service on Attorney [CCP Sec. 1211 (e)] filed
    6/28/90
90. Declaration filed 6/28/90
91. Order Authorizing Service on Attorney [CCP Sec. 1211 (e)] filed 6/28/90
92. Ex Parte Motion for Order to Show Cause in Re Contempt filed 6/28/90
93. Declaration filed 6/28/90
94. Attorney's Supporting Affidavit for Order to Show Cause filed

6/28/90
    95. Affidavit in Support of Order to Show Cause filed 6/28/90
    96. Order to Show Cause in Re Contempt filed 6/28/90
    97. Declaration of Mailing filed 7/3/90
    98. Letter to Honorable Alberto C. Lamorena dated 7/15/90
    99. Reply to Order to Show Cause filed 7/27/90
    100. Affidavit of Service/Non-Service filed 8/2/90
    101. Superior Court of Guam Official Field Receipt dated 8/3/90
    102. Recording Log dated 8/3/90
    103. Notice of Motion and Motion for Child Support filed 8/6/90
    104. Notice of Motion and Motion to Modify Custody filed 8/6/90
    105. Order filed 8/8/90
    106. Recording Log dated 8/20/90
    107. Order filed 8/29/90
    108. Superior Court of Guam, FMD Receipt dated 2/25/91
    109. Letter to Yvonne M. Cruz; S. Woodley, Atty for Defendant; D. Lujan, Atty-at-Law; and Clerk of Court dated 617193.
    110. Ex Parte Motion for Order Authorizing Service on Attorney [CCP Sec. 1211 (e)] AND ORDER filed 6121193.
    111. Ex Parte Motion for Order to Show Cause in Re Contempt filed 6/21/93
    112. Certificate of Counsel filed 6/21/93
    113. Attorney's Supporting Declaration for Order to Show Cause fifed 6/21/93
    114. Affidavit in Support of Order to Show Cause filed 6/21/93
    115. Order to Show Cause in Re Contempt filed 6/21193
    116. Letter to Clerk of Court dated 6/29/93
    117. Copy of Express Mail from Robert L. Tash to Seaton M. Woodley dated 7/12/93
    118. Declaration of Mailing filed 7/8/93
    119. Letter to Presiding Judge dated 7/16/93
    120. Substitution of Attorney filed 7/28/93
    121. Letter to Clerk of Court dated 7/29/93
    122. Letter to Presiding Judge dated 7/29/93
    123. Recording Log dated 7/30/93
    124. Defendant's Brief filed 8/3/93
    125. Declaration of Mailing filed 8/13/93
    126. Order filed 8/13/93
    127. Notice of Hearing filed 8/16/93
    128. Declaration of Mailing filed 8/16/93
    129. Affidavit of Service filed 8/19/93
    130. Declaration of Mailing filed 8/30/93
    131. Letter to Clerk of Court dated 8/30/93
    132. Recording Log dated 9/3/93
    133. Defendant's Response to Plaintiff's Brief filed 9/3/93
    134. Recording Log dated 9/7/93
    135. Letter to Janet H. Weeks dated 9/2/93
    136. Letter to Clerk of Court dated 11/21/93
    137. Declaration filed 12/9/93
    138. Letter to Superior Court of Guam, Financial Management Division dated 12/5/93
    139. Motion and Notice of Motion to Set for Further Proceedings filed 1/12/94
    140. Declaration of Mailing filed 1/13/94
    141. Recording Log dated 1/25/94
    142. Decision and Order filed 2/7/94
    143. Notice of Entry on Docket filed 2/7/94
    144. Declaration of Mailing filed 2/7/94
    145. Declaration of Mailing filed 2/7/94
    146. Affidavit of Service/Non-Service filed 2/9/94

147. Notice of Entry on Docket filed 2/10/94
148. Declaration of Mailing filed 2/10/94
149. Speed Memo to David Tash dated 2/7/94
150. Letter to The Honorable Janet Healy Weeks dated 4/21/94
151. Notice of hearing filed 5/2/94
152. Declaration of Mailing filed 5/2/94
153. Affidavit of Service filed 5/5/94
154. Letter to Honorable Janet Healy Weeks dated 5/25/94
155. Fax Letter to Honorable Janet Healy Weeks dated 5/31/94
156. Notice of Hearing filed 6/3/94
157. Declaration of Mailing filed 6/3/94
158. Affidavit of Service filed 6/7/94
159. Notice of Hearing filed 7/20/94
160. Declaration of Mailing filed 7/20/94
161. Affidavit of Service filed 7/28/94
162. Decision and Order filed 2/7/94
163. Letter to Honorable Janet Healy Weeks dated 5/31/94
164. Recording Log dated 8/10/94
165. Authority for Wage Assignment of Federal Military Pay filed 8/17/94
166. Declaration Re: Attorney's Fees filed 8/17/94
167. Order Re Wage Assignment filed 12/2/94
168. Judgment filed 6/6/95
169. Declaration of Counsel filed 12/13/96
170. Order to Show Cause in Re Contempt filed 1/10/97
171. Declaration of Mailing filed 1/27/97
172. Notice of Filing Notice Removal; Certificate of Service filed 3/11/97
173. Notice of Hearing filed 3/13/97
174. Affidavit of Service filed 3/14/97
175. Writ of Certiorari to the Superior Court of Guam, Territory of Guam filed 4/9/97
176. Order Directing Clerk to Issue Writ of Certiorari filed 3/11/97
; [CBW EOD 04/14/1997]